1114

## Lee CROFFORD v. STATE.
### No. 13620.

Court of Criminal Appeals of Texas.
Nov. 5, 1930.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for gaming; punishment, a fine of $1.

We find in this record an affidavit in proper form by the appellant asking that his appeal be dismissed.

The request is granted, and the appeal is dismissed.

HAWKINS, J., absent.

## Alex EILER v. STATE.
### No. 13619.

Court of Criminal Appeals of Texas.
Nov. 5, 1930.

J. Mitch Johnson, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for remaining in a house in which gaming was permitted; punishment, a fine of $1.

We find in the record an affidavit in proper form, made by appellant, asking that his appeal be dismissed. The request is granted.

The appeal is dismissed.

HAWKINS, J., absent.